No. 87–6073. DIXON v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 87–6076. HARJO v. DUELLO ET AL. Sup. Ct. Okla. Certiorari denied.

No. 87–6077. GROFF v. TOWNSHIP OF ELIZABETH, LANCASTER COUNTY, PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 87–6078. HAGAN v. MAINE. Sup. Jud. Ct. Me. Certiorari denied.

No. 87–6081. EMBREY v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 87–6082. JOE v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 87–6083. SMITH, AKA LUMUMBA v. LYNAUGH, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS. C. A. 5th Cir. Certiorari denied.

No. 87–6085. WATSON v. GASCONADE COUNTY CIRCUIT COURT ET AL. C. A. 8th Cir. Certiorari denied.

No. 87–6086. LEWIS v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 87–6088. PARTEE v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 87–6089. MORRIS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 87–6090. SMITH v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 87–6091. WIECZORKOWSKI v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 87–6093. RAMOS v. HAYMON. C. A. 7th Cir. Certiorari denied.

No. 87–6098. CIMISI ET AL. v. RUTLEDGE. C. A. 2d Cir. Certiorari denied.